MICHAEL TIRPACK, PETITIONER-RESPONDENT,
v. SIMMONS CO., RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Isidor Kalisch,* for the petitioner.

*Messrs. Weiner, Weiner & Glennon* and *Mr. Otto C. Staubach,* for the respondent.

May 3, 1966. Denied.

JEAN RUSCKI, ADMX., PLAINTIFF-PETITIONER, v. JOHN ALMASI TRUCKING CO., *ET ALS.,* DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Anthony J. Cioffi, Mr. Leonard Meyerson* and *Mr. O. Allen Funke,* for the petitioner.

*Messrs. Gaffey & Webb* for the respondents.

May 3, 1966. Denied.

HELEN FAMELY, PLAINTIFF-RESPONDENT,
v. MAX FAMELY, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 128.

*Mr. Morris N. Hartman* and *Mr. Harry Schaffer* for the petitioner.

*Mr. Leslie H. Cohen* and *Mr. Harry B. Kotler* for the respondent.

May 4, 1966. Denied.